IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DARREN L. BUNCH, and <br> MANDY BUNCH, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRAVELERS INDEMNITY <br> COMPANY OF CONNECTICUT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:18-cv-00439-BP <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES OR IN THE ALTERNATIVE A MOTION FOR AN EXTENSION OF DEADLINE IN THE SCHEDULING ORDER

COMES NOW defendant The Travelers Indemnity Company of Connecticut (hereinafter, "Defendant"), and moves for an Order of the Court striking Plaintiffs' expert witness designations for failure to comply with Fed. R. Civ. P. 26(a)(2) and the Court's April 2, 2019 Scheduling Order (Doc. 44). Pursuant to Local Rules 7.0 and 16.3, Defendant incorporates herein by reference its Suggestions in Support filed concurrently herewith.

WHEREFORE defendant The Travelers Indemnity Company of Connecticut requests an Order of the Court striking Plaintiffs' Rule 26(a)(2) expert witness designations, or in the alternative, granting an extension of deadline in the scheduling order, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

/s/ Christopher M. Harper
JOHN L. MULLEN    MO #42309
CHRISTOPHER M. HARPER MO #59000
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (fax)
jmullen@fsmlawfirm.com
charper@fsmlawfirm.com
**Attorneys for Defendant The Travelers Indemnity Company of Connecticut**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed via the court's electronic filing system, and sent via e-mail on this 29th day of May, 2019, to:

Bradley L. Bradshaw
Janelle Bailey
Brad Bradshaw M.D., J.D., L.C.
1736 E. Sunshine, Suite 600
Springfield, MO 65804
Phone: (417) 889-0100
Fax: (417) 889-9229
brad@bradbradshaw.com
janelle@bradbradshaw.com

Jonathan P. Davis
Ramsdell Law Firm
1304 W. Battlefield
Springfield, MO 65807
(417) 887-3434
417-887-3507 (fax)
jondavis@semitrucklaw.com

*/s/ Christopher M. Harper*
**Attorney for Defendant The Travelers Indemnity Company of Connecticut**